# CRIMINAL COMPLAINT

VICTIM

| United States District Court | DISTRICT OF ARIZONA |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jesus Becerra-Cruz<br>DOB: xx/xx/1977<br>SSN: None<br>Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>12-10485 M- |
| Complaint for violation of Title 18 | United States Code § 111(a) |

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 2, 2012, at or near Nogales, in the District of Arizona, **Jesus Becerra-Cruz**, did forcibly assault a Federal law enforcement officer, that is, Agent Joshua Ransom, an officer and employee of the United States Border Patrol, by making physical contact with Agent Ransom and punching him in the face. All in violation of Title 18, United States Code, Section 111(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On the evening of May 2, 2012, Agent Joshua Ransom was performing his official duties on behalf of United States Border Patrol when he encountered Jesus Becerra-Cruz in Mariposa Canyon near Nogales, Arizona. Becerra-Cruz had been hiding in some brush and began running when he saw Border Patrol Agents. Agent Ransom pursued Becerra-Cruz on horseback. Becerra-Cruz ignored commands to stop and continued running towards the international border until he became entangled in some brush. Agent Ransom dismounted his horse and approached to arrest him, at which point Becerra-Cruz hit the agent in the mouth with a closed right fist. After a struggle, Agent Ransom placed Becerra-Cruz in handcuffs. As he was being led out of the canyon, Becerra-Cruz continued swearing at Agent Ransom and stated in Spanish that he should've killed Agent Ransom.

**MATERIAL WITNESSES IN RELATION TO THE CHARGES:**

| **REC: DETENTION**<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Rui Wang | SIGNATURE OF COMPLAINANT (BPA)<br><br>OFFICIAL TITLE - BP Border Patrol Prosecutions Agent |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1)]<br><br>Jacqueline Marshall | DATE<br>5/4/12 |